Alan A. Dressler, Esq. (SBN #56916)
633 Battery St., Suite 635
San Francisco, California 94222
(415) 421-7980

Attorney for Defendant Jimmy G.Y. Lee

UNITED STATES OF AMERICA

    Plaintiffs,

vs.

JIMMY GONG YANG LEE,

    Defendant.

CR No. 05-00395 CRB

**REQUEST, STIPULATION AND ORDER**

This matter is currently on the Court's calendar for August 30, 2006. Through counsel, defendant Jimmy Gong Yang Lee and the United States ask the Court to (a) vacate the August 30, 2006 date based on the defendant's anticipated plea agreement, (b) set a date of October 4, 2006 for change-of plea, and exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 from July 26, 2006 to August 23, 2006.

1. The parties have been diligently working out the language of a plea agreement and request that the court set the matter for October 4, 2006 for change-of-plea. It was anticipated that a plea agreement would be signed and a plea of guilty entered on August 30, 2006, however, counsel for defendant is unavailable on that date due to an emergency medical appointment which cannot be re-scheduled and the next date that both counsel are available is October 4, 2006.

2. The parties agree that the time between August 30, 2006 and October 4, 2006 should be excluded from the Speedy Trial Act clock. Previously, this Court has declared this case complex,. See 18 U.S.C. § 3161(h)(8)(B)(ii). Because of the need for defense counsel to receive urgent medical care the parties agree that the continuance is necessary for the continuity of counsel and effective preparation of defense counsel taking into consideration of due diligence. See 18 U.S.C. §3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by excluding the period from August 30, 2006 to October 4, 2006 outweigh the interest of the public and the defendant to a Speedy

-1-

| | |
|---|---|
| 1 | Trial. See id. |
| 2 | 3161(h)(8)(A). |

STIPULATED:

DATE: August 24, 2006                    /S/ PETER B. AXELROD
                                          PETER B. AXELROD
                                          LAUREL BEELER
                                          Assistant U.S. Attorneys


DATE: August 24, 2006                    /S/ ALAN DRESSLER
                                          Alan Dressler
                                          Attorney for Defendant
                                          Jimmy Gong Yan Lee


**ORDER**

For good cause shown, and for the reasons stated above, the Court (a) vacates the August 30, 2006, hearing date for defendant Jimmy Gong Yang Lee based on the anticipated plea agreement, (b) sets the matter for change-of-plea on October 4, 2006 at ~~10:00~~ 2:15 p.m., and (c) excludes time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 30, 2006 to October 4, 2006.  The Court finds that the failure to grant the requested exclusion would deny the defendant continuity of counsel and defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence.  Further, the Court finds the exclusion warranted on complexity grounds, under 18 U.S.C. § 3161(h)(8)(B)(ii).  Thus, the Court finds the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(8)(A), (h)(8)(B)(ii) and (h)(8)(B)(iv).

**IT IS SO ORDERED.**


DATED:   August 28, 2006                 _____
                                          CHARLES R. BREYER
                                          United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*