| | |
|---|---|
| 1 | Alan A. Dressler, Esq. (SBN #56916) |
| | 633 Battery St., Suite 635 |
| 2 | San Francisco, California 94222 |
| | (415) 421-7980 |
| 3 | |
| 4 | Attorney for Defendant Jimmy G.Y. Lee |

|  |  |  |
|---|---|---|
| 6 | UNITED STATES OF AMERICA | CR No. 05-00395 CRB |
| 7 | Plaintiffs, | |
| 8 | vs. | REQUEST, STIPULATION AND ORDER |
| 9 | JIMMY GONG YANG LEE, | |
| 10 | Defendant. | |

12   This matter is currently on the Court's calendar for October 4, 2006. Through counsel, defendant Jimmy Gong Yang Lee and the United States ask the Court to (a) vacate the October 4, 2006 date based on the defendant's anticipated plea agreement, (b) set a date of October 25, 2006 for change-of plea, and exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 from October 4, 2006 to October 25, 2006.

   1. The parties have been diligently working out the language of a plea agreement and request that the court set the matter for October 25, 2006 for change-of-plea.  It was anticipated that a plea agreement would be signed and a plea of guilty entered on October 4, 2006,  however, counsel for the government  is unavailable on that date and  there  remain some minor ancillary matters which the defendant needs to deal with before entering his plea.    The next date that both counsel are available is October 25, 2006.

   2. The parties agree that the time between October 4, 2006 and October 25, 2006 should be excluded from the Speedy Trial Act clock.  Previously, this Court has declared this case complex,. See 18 U.S.C. § 3161(h)(8)(B)(ii).  Because of the absence of government counsel an the need for defense counsel to address some minor ancillary matters related to the plea  the parties agree that the continuance is necessary for the continuity of counsel and effective preparation of defense counsel taking into consideration of due diligence. See 18 U.S.C. §3161(h)(8)(B)(iv). The parties also agree

-1-

that the ends of justice served by excluding the period from October 4, 2006 to October 25, 2006 outweigh the interest of the public and the defendant to a Speedy Trial. See id. 3161(h)(8)(A).

STIPULATED:

DATE: September 28, 2006        /S/ PETER B. AXELROD
                                PETER B. AXELROD
                                LAUREL BEELER
                                Assistant U.S. Attorneys


DATE: September 28, 2006        /S/ ALAN DRESSLER
                                Alan Dressler
                                Attorney for Defendant
                                Jimmy Gong Yan Lee

**ORDER**

For good cause shown, and for the reasons stated above, the Court (a) vacates the October 25, 2006, hearing date for defendant Jimmy Gong Yang Lee based on the anticipated plea agreement, (b) sets the matter for change-of-plea on October 25, 2006 at 2:15 p.m., and (c) excludes time under the Speedy Trial Act, 18 U.S.C. § 3161, from October 4, 2006 to October 25, 2006. The Court finds that the failure to grant the requested exclusion would deny the defendant continuity of counsel and defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence. Further, the Court finds the exclusion warranted on complexity grounds, under 18 U.S.C. § 3161(h)(8)(B)(ii). Thus, the Court finds the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in prompt

///

///

///

///

///

1   disposition of criminal cases.  The Court therefore concludes that this exclusion of time should be
2   made under 18 U.S.C. §3161(h)(8)(A), (h)(8)(B)(ii) and (h)(8)(B)(iv).
3   **IT IS SO ORDERED.**
4
5   DATED:   September 29, 2006
6   _____
    CHARLES R. BREYER
    United States District Judge



-3-