1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
   PETER B. AXELROD (CSBN 190843)
   LAUREL BEELER (CSBN 187656)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-6774
       Facsimile: (415) 436-7234
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. CR 05-00395 CRB
                                       )
15      Plaintiff,                     )   REQUEST, STIPULATION AND ORDER
                                       )
16   v.                                )
                                       )
17 JIMMY GONG YAN LEE,                 )
                                       )
18      Defendant.                     )
                                       )
19

20      This matter is currently on the Court's calendar for sentencing on February 14, 2007.

21 Through counsel, defendant Jimmy Gong Yan Lee and the United States ask the Court to vacate

22 that date and reset the defendant's sentencing for May 16, 2007.

23      Due to the trial schedules of both defense and government counsel, the parties request

   this continuance. Further, the United States probation officer assigned to this case has no
24
   \\
25
   \\
26
   \\
27
   \\
28

ORDER
CR 05-00395 CRB
                                        1

objection to this request and is available on May 16, 2007.

STIPULATED:

| 12/28/06 | /s/ PETER B. AXELROD |
|---|---|
| DATE | PETER B. AXELROD<br>LAUREL BEELER<br>Assistant United States Attorneys |


| 12/28/06 | /s/ ALAN DRESSLER |
|---|---|
| DATE | ALAN DRESSLER<br>Attorney for Jimmy Gong Yan Lee |

## **ORDER**

For good cause shown, and for the reasons stated above, the Court vacates the February 14, 2007, sentencing date and resets sentencing for May 16, 2007, at 2:15 p.m.

IT IS SO ORDERED.

DATED: January 3, 2007

CHARLES R. BREYER
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

ORDER
CR 05-00395 CRB

2