Alan Dressler, Esq., State Bar No. 56919
633 Battery Street, Suite 635
San Francisco, CA 94111
(415) 421-7980

Attorney for Defendant Jimmy G.Y. Lee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> JIMMY G.Y. LEE ) <br> ) <br> Defendant . ) <br> ) <br> _____ ) | CR NO.  05-00395 CRB <br><br> ~~[proposed]~~ <br> **STIPULATED ORDER** <br> **CONTINUING SENTENCING** |

This matter is currently on the Court's calendar for sentencing on May 16, 2007. Through counsel, defendant Jimmy G.Y. Lee and the United States ask the Court to vacate that date and reset the defendant's sentencing for July 25, 2007.

Due to the trial schedules of both defense and government counsel, the parties request this continuance. Further, the United States Probation Officer assigned to this case has no objection to this request and is available on July 25, 2007.

Respectfully submitted and stipulated,

Dated: April 29, 2007                              /s/
                                                              Alan A. Dressler
                                                              Attorney for Defendant
                                                              Jimmy G.Y. Lee

Stipulation and [Proposed] Order to Continue Sentencing                                                  1

Dated: April 29, 2007

/s/
Peter Axelrod
Asst. U.S. Attorney

IT IS SO ORDERED:

Dated:   May 1, 2007

CHARLES R. BREYER
U.S. DISTRICT COURT JUDGE

Stipulation and [Proposed] Order to Continue Sentencing                                                          2