RICHARD A. TAMOR
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 874-4170
Facsimile: (510) 874-4174
web: www.TamorLaw.com

Attorneys for Defendant YOUNG JOON YANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-05-00395 CRB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT YOUNG JOON YANG'S SENTENCING MEMORANDUM |
| YOUNG JOON YANG, et al. | ) | |
| Defendants | ) | |

    The defense has received and reviewed the Amended Presentence Investigation Report prepared by United States Probation Officer Specialist Charles Mabie.

    As an initial matter, the defense would like to thank and commend USPOS Mabie for his thorough and thoughtful presentence report in this matter. With respect to the substance of the presentence report, the defense will submit its unresolved objection to the Court for decision without further briefing or argument.

    The defense has also received and reviewed the United States's Underseal Sentencing Memorandum submitted by Assistant United States Attorney Peter B. Axelrod. The defense submits that AUSA Axelrod's complete and well reasoned recommendation in this matter is a fair and reasonable resolution to Mr. Yang's case

under the factors enumerated under 18 U.S.C. § 3553. However, the defense does object to the proposed supervised release condition regarding complying with the Bureau of Immigration and Customs Enforcement's regulations to the extent that this condition was not required of the other defendants in this or related cases or other defendants similarly situated.

Date: July 8, 2008

Respectfully Submitted,
TAMOR & TAMOR

_____/s/_____
RICHARD A. TAMOR, ESQ.
Attorneys for YOUNG JOON YANG